IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOBBY JACOB WRIGHT, SR. : CIVIL ACTION
:
v. :
:
SUPT. OF SCI FAYETTE, et al. : NO. 09-1149

ORDER

AND NOW, this 23rd day of February, 2010, upon independent consideration of the pleadings and the record herein, and review of the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter, and the petitioner's objections, IT IS HEREBY ORDERED:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. The petitioner's objections are overruled;
3. The petitioner's petition for a writ of habeas corpus is DENIED; and
4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.